[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  15-13709
Non-Argument Calendar
_____

D. C. Docket No. 6:13-cr-00171-RBD-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLINTON JAMES DUNSTON,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 29, 2016)

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

The Federal Public Defender's Office, through attorney Conrad Kahn, has

moved to withdraw from further representation of the appellant in this appeal of

the district court's denial of a motion to reduce sentence brought under 18 U.S.C. §

3582(c)(2), and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of the motion to reduce sentence is **AFFIRMED.**